02/28/2014 13:00 FAX ⌀002/003

# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/27/2015 3:22:47 PM
PAM ESTES
Clerk

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): 12 - **15** - **00256** - **CV**

Trial Court Style: SANGER BANK VS. DAVID FRANKENS AND KATHRYN FRANKENS

Trial Court & County: 217TH JUDICIAL, ANGELINA          Trial Court No.: CV-00502-15-07

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 10/26/15

Anticipated Number of Pages of Record: 123

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s: (Check all that apply - attach additional pages if necessary.)

[X] to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

[ ] my duties listed below preclude working on this record:

[X] Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____ and I hereby request an additional _____ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

10/27/15

Date

936-637-0217

Office Phone Number

tdavis@angelinacounty.net

E-mail Address (if available)

/s/ Terri L. Davis

Signature

Terri L. Davis

Printed Name

Official Court Reporter, 217th Judicial District Court

Official Title

Trial Clerk's/Court Reporter's Request for Ext/12ᵗʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name:_____            Name:

Address:_____            Address:

_____

Phone no.:_____            Phone no.:

Attorney for:_____            Attorney for:

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name:_____            Name:

Address:_____            Address:

_____

Phone no.:_____            Phone no.:

Attorney for:_____            Attorney for:

Additional                    information,                    if                    any: